# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: _____ Case No.: _____
- Same Defendant: _____ New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

## Defendant Information:

**Defendant Name:** Sequeira, William    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** 

**Address:** (City & State) 70 Mawney Street, Providence, RI

**Birth date (Yr only):** 1963    **SSN (last4#):** 1662    **Sex** Male    **Race:** White    **Nationality:**

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Luke A. Goldworm    **Bar Number if applicable** 677657

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 10/05/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk County Jail    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/18/2022    **Signature of AUSA:**

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Sequeira

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. section 2113(a) | Bank Robbery | 1 |
| Set 2 | 18 U.S.C. section 2113(a) | Attempted Bank Robbery | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____