UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   **22cr10352** |
| v. | Violations: |
| WILLIAM SEQUEIRA, | <u>Counts One through Four</u>: Bank Robbery (18 U.S.C. § 2113(a)) |
| Defendant | <u>Count Five</u>: Attempted Bank Robbery (18 U.S.C. § 2113(a)) |
| | <u>Forfeiture Allegation</u>: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury charges:

On or about September 26, 2022, in Fall River in the District of Massachusetts, the defendant,

WILLIAM SEQUEIRA,

did, by force and violence, and by intimidation, take from the person and presence of another, money in the amount of $88.00, more or less, belonging to, and in the care, custody, control, management and possession of, the Citizens Bank, located at 501 Rodman Street in Fall River, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

1

COUNT TWO
Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury further charges:

On or about September 27, 2022, in Boston in the District of Massachusetts, the defendant,

WILLIAM SEQUEIRA,

did, by force and violence, and by intimidation, take from the person and presence of another, money in the amount of $500.00, more or less, belonging to, and in the care, custody, control, management and possession of, the Santander Bank located at 209 Berkeley Street in Boston, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

<u>COUNT THREE</u>
Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury further charges:

On or about September 28, 2022, in Boston in the District of Massachusetts, the defendant,

WILLIAM SEQUEIRA,

did, by force and violence, and by intimidation, take from the person and presence of another, money in the amount of $468.00, more or less, belonging to, and in the care, custody, control, management and possession of, the M&T Bank located at 425 Boylston Street in Boston, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

3

<u>COUNT FOUR</u>
Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury further charges:

On or about September 30, 2022, in Boston in the District of Massachusetts, the defendant,

WILLIAM SEQUEIRA,

did, by force and violence, and by intimidation, take from the person and presence of another, money in the amount of $854.00, more or less, belonging to, and in the care, custody, control, management and possession of, the TD Bank located at 1 Union Street in Boston, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

<u>COUNT FIVE</u>
Attempted Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury further charges:

On or about October 5, 2022, in Boston in the District of Massachusetts, the defendant,

WILLIAM SEQUEIRA,

did, by force and violence, and by intimidation, attempt to take from the person and presence of

another, an amount of money, belonging to, and in the care, custody, control, management and

possession of, the Citizens Bank, located at 426 Boylston Street in Boston, Massachusetts, a bank

the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

5

## BANK ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.    Upon conviction of bank robbery or attempted bank robbery in violation of Title 18, United States Code, Section 2113(a), as set forth in Counts One through Five, the defendant,

WILLIAM SEQUEIRA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.   The property to be forfeited includes, but is not limited to, the following asset(s):

a.   $1,910.00, to be entered in the form of a forfeiture money judgment;

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

6

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United

States Code, Section 2461(c).


A TRUE BILL


FOREPERSON


LUKE A. GOLDWORM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: December 15, 2022
Returned into the District Court by the Grand Jurors and filed.


DEPUTY CLERK

7